# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIGNATURE NETWORK, INC., | CASE NO. CV F 08-898 LJO SMS |
| Plaintiff, | **ORDER TO DISMISS AND CLOSE ACTION** |
| vs. | |
| JOHN DOES 1-100, JANE DOES 1-100, and XYZ COMPANY, | |
| Defendants. | |

Based on Plaintiff Signature Networks, Inc.'s notice of voluntary dismissal, filed on September 30, 2008 pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this Court:

1. DISMISSES this action without prejudice;
2. DISSOLVES the July 11, 2008 Preliminary Injunction and Order of Seizure; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   October 1, 2008**          /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE